UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO HERNANDEZ RAMON (A-221-486-366), | No.  1:26-cv-2707 DC CSK |
| Petitioner, | |
| v. | ORDER |
| U.S. ATTORNEY GENERAL/ICE, | |
| Respondent. | |

Petitioner is an immigration detainee proceeding without counsel.  On April 13, 2026, respondent filed a motion to dismiss this petition based on petitioner's failure to name the proper respondent.  (ECF No. 4.)  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.  Rule 25(d) of the Federal Rules allows this Court to substitute the correct respondent.  Therefore, respondent's motion to dismiss is denied without prejudice, and the warden of California City (ICE) is substituted as respondent.  Fed. R. Civ. P. 25(d); Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004).

On April 23, 2026, petitioner filed an application to proceed in forma pauperis. Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted.  28 U.S.C. § 1915(a).

1

On April 21, 2026, pursuant to this Court's briefing order (ECF No. 5), respondent filed an answer to the petition.  (ECF No. 6.)  Petitioner is reminded that his reply, if any, is due ten days from April 21, 2026, as noted in the briefing order.

Accordingly, IT IS HEREBY ORDERED that:

1.  Respondent's motion to dismiss (ECF No. 4) is denied without prejudice.

2.  The warden of California City (ICE) is substituted as respondent, and the Clerk of the Court is directed to make that change on the docket.

3.  Petitioner (A-221-486-366) is granted leave to proceed in forma pauperis.

Dated:  April 28, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hern2707.2241.imm.mtd.den

2